Florence D. WOROBETZ,
Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 01–7047.

United States Court of Appeals,
Federal Circuit.

April 23, 2001.

ON MOTION

*ORDER*

Florence D. Worobetz moves to voluntarily dismiss her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

ELECTRONIC SHOP, Appellant,

v.

Joseph W. WESTPHAL, Acting
Secretary of the Army,
Appellee.

No. 00–1548.

United States Court of Appeals,
Federal Circuit.

April 24, 2001.

*ORDER*

The appellant having failed to fully comply with the court's February 20, 2001, order,

IT IS ORDERED that the appeal is DISMISSED.

The appellant's $100 docketing fee, received April 16, 2001, is returned herewith.